**CARL E.G. ARNOLD, ESQ.**
Nevada Bar No. 8358
**CEGA LAW GROUP**
1771 E. Flamingo Road, Ste. #211B
Las Vegas, NV 89119
T (702) 253-6996
F (702) 253-6997
carl@cegalawgroup.com

**TAELOR S. EVANS, ESQ.**
Nevada Bar No. 14704
**VERNON EVANS II, ESQ.**
Nevada Bar No. 14705
**LAWYERS WITH ATTITUDE**
1091 S. Cimarron Road, Ste. A-2
Las Vegas, NV 89145
T (702) 881-2212
F (702) 447-9413
taelor@lwa-legal.com
vernon@lwa-legal.com

*Attorneys for Plaintiff*
*Richard Allen Klein*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**RICHARD ALLEN KLEIN, an individual,**

**Plaintiff,**

**vs.**

**OFFICER J. RIVERA,** individually and in his official capacity as a police officer; **OFFICER PEREZ,** individually and in his capacity as a police officer; **LAS VEGAS METROPOLITAN POLICE DEPARTMENT,** a political subdivision of the State of Nevada; **DOE OFFICERS I–XX, ROE,** inclusive,

**Defendants.**

**Case No.:** 2:26-cv-02396-EJY

**~~[PROPOSED]~~ STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

Plaintiff, RICHARD ALLEN KLEIN appearing by and through the undersigned counsel of record, Carl E. G. Arnold, Esq., of CEGA LAW GROUP, Taelor S. Evans, and Vernon Evans II, Esq. of LAWYERS WITH ATTITUDE; Defendants OFFICER J. RIVERA, OFFICER PEREZ, and LAS VEGAS METROPOLITAN POLICE DEPARTMENT by and through their attorneys of record, Lawrence J. Semenza III, Esq. and Katie L. Cannata, Esq., of SEMENZA RICKARD LAW**,** hereby submit their stipulated Discovery Plan and Scheduling Order pursuant to Federal Rules of Civil Procedure 16 and 26, as well as LR 16-1 and 26-1. It is hereby requested that the Court enter the following discovery plan and scheduling order:

1. **DISCOVERY PLAN:**

   a. **Discovery Cut-Off:** March 22, 2027 (180 Days from the date Defendants appeared on September 23, 2026).

   b. **Deadline to Amend Pleadings:** December 22, 2026 (90 days prior to the close of discovery).

   c. **Deadline to Disclose Initial Expert:** January 21, 2027 (60 days prior to the close of discovery).

   d. **Deadline to Disclose Rebuttal Expert:** February 20, 2027 (30 days after the Initial Disclosure of Experts).

   e. **Deadline to File Dispositive Motions**: April 21, 2027 (30 days after the close of discovery).

2. **Pre-Trial Order:**

   The Parties shall file a joint pretrial order no later than May 21, 2027, or thirty (30) days after the date set for filing dispositive motions. In the event that the Parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision

on the dispositive motions or further Order of the Court. The disclosure required by Federal Rule of Civil Procedure 26(a)(3) and objections thereto shall be made in the pre-trial order.

3. **Initial Disclosures**:

The Parties will serve their initial disclosures on or before November 3, 2026. Any party seeking damages shall comply with Federal Rule of Civil Procedure 26(a)(1)(A)(iii).

4. **Extension of Discovery Deadline**:

Requests to extend the discovery shall comply fully with LR 26-3. Applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. The motion or stipulation shall include:

a. A statement specifying the discovery completed by the Parties as of the date of the motion or stipulation;

b. A specific description of the discovery which remains to be completed;

c. The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

d. A proposed schedule for the completion of all remaining discovery.

It is not good cause for a later request to extend discovery that the Parties informally postponed discovery. Any stipulation that would interfere with any time set for completion of discovery, for hearing of a motion, or for trial, may be made only with approval of the Court.

5. **Electronically Stored Information (“ESI”)**:

The Parties stipulate and agree that all discoverable documents will be produced in Portable Document Format (“PDF”) with optical text recognition (electronically searchable text) as reasonably practicable. Documents may be produced through secure electronic file transfer, encrypted electronic storage media (including USB flash drives or external hard drives), cloud-

based file sharing, or such other mutually agreeable electronic means. While the Parties agree at this time that it is not necessary to produce the metadata for electronic documents, the Parties reserve their respective rights to request such information should any Party deem it necessary. This agreement only determines the format in which the Parties produce documents; it does not affect any other right of any Party.

6. **<u>LR 26-1(b) Certifications</u>:**

The Parties certify that they have considered consenting to trial by magistrate judge and use of the Short Trial Program. The Parties further certify that they have met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and early neutral evaluation.

7. **<u>Electronic Service</u>:** The Parties agree to accept electronic service of discovery requests and responses and other papers pursuant to Federal Rule of Civil Procedure 5(b)(2)(E). For electronic service to be effective as to Plaintiff, electronic service shall be sent to Carl E.G. Arnold, Esq., at carl@cegalawgroup.com, Taelor S. Evans, Esq., at taelor@lwa-legal.com, and Vernon Evans II, Esq. at vernon@lwa-legal.com. For electronic service to be effective as to Defendants, electronic service shall be sent to Lawrence J. Semenza III, Esq., at ljs@semenzarickard.com and klc@semenzarickard.com. To the extent discovery requests are served on a Saturday, Sunday, or legal holiday, service will be deemed effective on the next day that is not a Saturday, Sunday, or legal holiday. The Parties discussed whether they intend to present evidence in electronic format to jurors for the purpose of jury deliberations and agreed that should discovery be provided in an electronic format at trial, it will be compatible with the Court's electronic jury evidence display system pursuant to LR 26-1(b)(9).

/ / /

/ / /

**8. Protective Orders**:

Any Party may seek to enter into a stipulated protective order pursuant to Federal Rule of Civil Procedure 26(c) prior to producing any confidential documents in its possession.

**9. Statement of Reasons Why Longer or Different Time Periods Should Apply to this Case:**

The Parties' proposed discovery plan is in compliance with the deadlines set forth in LR 26-1.

I certify that Artificial Intelligence was not used to prepare the foregoing document.

**IT IS SO STIPULATED.**

Dated: October 20, 2026.

**CEGA LAW GROUP**

/s/ Carl E.G. Arnold,
**CARL E.G. ARNOLD, ESQ.**
Nevada Bar No. 8358
1771 E Flamingo Rd #211B
Las Vegas, NV 89119
carl@cegalawgroup.com

*Attorney for Plaintiff*

**SEMENZA RICKARD LAW**

/s/ Katie L. Cannata
**KATIE L. CANNATA, ESQ.**
Nevada Bar No. 14848
10161 Park Run Drive, Suite 150
klc@semenzarickard.com

*Attorneys for Defendants J. Rivera, Officer* Perez*, and Las Vegas Metropolitan Police Department*

**SCHEDULING ORDER**

The above-set stipulated Discovery Plan of the Parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

**IT IS SO ORDERED.**

DATED: October 20, 2026

UNITED STATES MAGISTRATE JUDGE